UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
43888
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for AmeriCredit Financial Services, Inc. dba GM Financial
JM-5630

In Re:
MARCIA PAULETTE MCPHERSON

Order Filed on May 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-30358 (RG)

Adv. No.:

Hearing Date:   5-3-2017

Judge: Hon. Rosemary Gambardella

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 10, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Marica Paulette McPherson / 43888
Case No:   16-30358 (RG)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **AmeriCredit Financial Services, Inc. dba GM Financial** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Alicia Solomon** to permit **AmeriCredit Financial Services, Inc. dba GM Financial** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2011 Hyundai Sonata
Vehicle Identification Number
5NPEC4AB1BH202551