# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

In Re: Case No.: <u>16-30358RG</u>

Judge: <u>Rosemary Gambardella</u>

## OBJECTION TO CREDITOR'S MOTION TO VACATE STAY

I, Alicia Solomon, co-debtor in the above referenced matter regarding the 2014 Mazda 6, object to Creditor's motion to Vacate Automatic Stay for the following reasons:

1. I was unable to maintain the monthly payments to the Creditor as a result of my hours worked being reduced during the summer season.
2. My hours have now been restored to pre summer level and I am now able to make the regular monthly payments.

The Attorney for the Creditor and I have agreed that the outstanding arrearages will be satisfied with a $1,000.00 payment within the next few days and then $1,000.00 in 2 weeks and the remaining balance with my September payment.

3. The attorney for the Creditor advises that he will forward such agreement in writing which as of today (8-24-17) I have not received yet.

I submit this in support of my objection to Creditor motion to vacate stay relative to the 2014 Mazda 6.

Dated: 8-24-17

Alicia Solomon
Co-Debtor for 2014 Mazda 6