UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
44598
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for AmeriCredit Financial Services, Inc., dba GM Financial

In Re:

MARCIA PAULETTE MCPHERSON

FILED
JEANNE A. NAUGHTON, CLERK
OCT 6 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 16-30358

Adv. No.:

Hearing Date: 9-6-17

Judge: RG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

10-6-17

**Marcia Paulette McPherson**
16-30358(RG)
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
Page 2

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., dba GM Financial, with the appearance of the debtor and non-filing co-debtor, Alicia Solomon, and this order having been filed with the Court and served upon the debtor and the non-filing co-debtor, Alicia Solomon under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services, Inc., dba GM Financial is the holder of a first purchase money security interest encumbering 2014 Mazda Mazda 6 bearing vehicle identification number JM1GJ1T65E1135090 (hereinafter the "vehicle").

2. **Curing arrears:** At the hearing the debtor was $2744.69 in arrears to GM Financial. To cure arrears the debtor shall make a payment of $1000 to GM Financial by 8-28-17, a payment of $1000 on 9-11-17 and a payment of $744.69 by 9-25-17. If the debtor fails to make any payment for a period when it falls due, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief and co-debtor stay relief as to the non-filing co-debtor, Alicia Solomon to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and the non-filing co-debtor, AND Further order of the Court.

3. After curing arrears, the debtor shall make all retail installment contract payments to AmeriCredit Financial Services, Inc., dba GM Financial when due, being the 8th day of each month commencing with the 10-8-17 payment. In the event the debtor fails to make any payment for a period of 30 days after it falls due, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief and co-debtor stay relief as to the non-filing co-debtor Alicia Solomon to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and the non-filing co-debtor, AND Further order of the Court.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief and co-debtor stay relief as to the non-filing co-debtor Alicia Solomon to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and the non-filing co-debtor, AND Further order of the Court.

5. The debtor shall pay to AmeriCredit Financial Services, Inc., dba GM Financial through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.