UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
44598
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for AmeriCredit Financial Services, Inc., dba GM Financial

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 6 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

In Re:

MARCIA PAULETTE MCPHERSON

Case No.: 16-30358

Adv. No.:

Hearing Date: 9-6-17

Judge: RG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

10-6-17    _/s/ Ray_ (signature)
           USBJ

Marcia Paulette McPherson
16-30358(RG)
Order Providing for Monthly Payments for Stay Relief under Certain Circumstances
Page 2

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., dba GM Financial, with the appearance of the debtor and non-filing co-debtor, Alicia Solomon, and this order having been filed with the Court and served upon the debtor and the non-filing co-debtor, Alicia Solomon under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services, Inc., dba GM Financial is the holder of a first purchase money security interest encumbering 2014 Mazda Mazda 6 bearing vehicle identification number JM1GJ1T65E1135090 (hereinafter the "vehicle").

2. **Curing arrears:** At the hearing the debtor was $2744.69 in arrears to GM Financial. To cure arrears the debtor shall make a payment of $1000 to GM Financial by 8-28-17, a payment of $1000 on 9-11-17 and a payment of $744.69 by 9-25-17. If the debtor fails to make any payment for a period when it falls due, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief and co-debtor stay relief as to the non-filing co-debtor, Alicia Solomon to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and the non-filing co-debtor, AND Further order of the Court.

3. After curing arrears, the debtor shall make all retail installment contract payments to AmeriCredit Financial Services, Inc., dba GM Financial when due, being the 8th day of each month commencing with the 10-8-17 payment. In the event the debtor fails to make any payment for a period of 30 days after it falls due, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief and co-debtor stay relief as to the non-filing co-debtor Alicia Solomon to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and the non-filing co-debtor, and Further order of the Court.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief and co-debtor stay relief as to the non-filing co-debtor Alicia Solomon to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and the non-filing co-debtor, and Further order of the Court.

5. The debtor shall pay to AmeriCredit Financial Services, Inc., dba GM Financial through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Marcia Paulette McPherson  
    Debtor

Case No. 16-30358-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 10, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.  
db        +Marcia Paulette McPherson,    574 Selfmaster Parkway,    Union, NJ 07083-9027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                                                                                              TOTAL: 3