U S. BANKRUPTCY COURT
FILED
NEWARK, N.J

2019 MAY - 1   A  9: 24

JOANNA A. NAUGHTON

BY:_____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

MARCIA PAULETTE MCPHERSON
574 SELFMASTER PKWY
UNION, NJ 07083
(PRO SE)

In Re:

MARCIA PAULETTE MCPHERSON

| | |
|---|---|
| Case No.: | 16-30358_____ |
| | *[Enter the case number]* |
| Chapter: | ___13_____ |
| | *[Enter the chapter]* |
| Hearing Date: | _____ |
| | *[Enter the hearing date]* |
| Judge: | __RG_____ |
| | *[Enter the judge's last name]* |

## CHAPTER 13 DEBTOR(S) CERTIFICATION IN OPPOSITION

MARCIA PAULETTE MCPHERSON, the debtor in this case opposes the Certification of Default filed by AmeriCredit Financial Services, Inc. I am requesting a hearing be scheduled on this matter.

1.    I oppose the above matter for the following reasons:

The Court Order which is the basis for the Default was issued after Counsel for the Creditor(s) and the Debtor verbally agreed to a three installment payment plan to cure the existing arrears and that Counsel will withdrawal the associated Motion to Vacate Automatic Stay. Since Debtor lived up to the terms of the verbal agreement and was not noticed by Creditor of any future arrearages Debtor was unaware of the continuance

of the Motion or any other pending matters and as such did not respond. Counsel for

Creditor breached our agreement when he failed to withdraw the motion.

2.      This certification is being made in an effort to oppose the certification of default and to

restore the automatic stay.

3.      I certify under penalty of perjury that the above is true.

Date: _5/1/19_____

_____
Debtor(s) Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

Date: ___5/1/19_____
*[Enter the date this document is signed]*          Signature of the Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Marcia Paulette McPherson
574 Selfmaster Pkwy
Union, NJ 07083
(Pro Se)

U.S. BANKRUPTCY COURT
FILED
NEWARK, N.J.

2019 MAY -1  A  9: 24

JEANNE A. NAUGHTON

BY:_____
DEPUTY CLERK

In Re:

Marcia Paulette McPherson

Case No.: _____16-30358_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____

Judge: _____RG_____

## CERTIFICATION OF SERVICE

1.  I, _MARCIA PAULETTE McPHERSON_

☐ represent _____ in this matter.

☐ am the secretary/paralegal for _____ , who represents

_____ in this matter.

☑ am the __Debtor__ in this case and am representing myself.

2.  On ___5/1/19___ , I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: ___5/1/19___

_Marcia P McPherson_
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg 30 Two Bridges Rd Suite 330 Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered ☑ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Morton + Craig LLC John R. Morton, Jr. 110 Marter Ave. Suite 301 Moorestown, NJ 08057 | Attorney for the Creditor | ☐ Hand-delivered ☑ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |