Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 16−30358−RG
      Chapter: 13
      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcia Paulette McPherson
   574 Selfmaster Parkway
   Union, NJ 07083−0000

Social Security No.:
   xxx−xx−1184

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/5/19 at 10:00 AM

to consider and act upon the following:

**47** − Certification in Opposition to Certification of Default (related document:46 Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 2014 Mazda 6. Fee Amount $ 181. filed by Creditor Americredit Financial Services, Inc., d/b/a GM Financial, Motion for Relief from Co−Debtor Stay of Alicia Solomon) filed by John R. Morton Jr. on behalf of Americredit Financial Services, Inc., d/b/a GM Financial. Objection deadline is 05/1/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Americredit Financial Services, Inc., d/b/a GM Financial) filed by Marcia Paulette McPherson. (smz)

Dated: 5/1/19

                         Jeanne Naughton
                         Clerk, U.S. Bankruptcy Court