Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−30358−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Marcia Paulette McPherson
574 Selfmaster Parkway
Union, NJ 07083−0000

Social Security No.:
xxx−xx−1184

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/5/19 at 10:00 AM

to consider and act upon the following:

*51* − Objection to Notice of Proposed Abandonment (related document:50 Notice of Proposed Abandonment and Certificate of Service re: 2014 Mazda CX 6; $14,500. Hearing scheduled for 6/5/19 @ 10:00 a.m.. Filed by Marcia Paulette McPherson. Objections due by 5/29/2019. (smz). filed by Debtor Marcia Paulette McPherson) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court