```
U.S. BANKRUPTCY COURT
        FILED
    NEWARK, NJ

2019 MAY -6  P 3:42

JEANNE A. NAUGHTON
BY: [signature]
   DEPUTY CLERK
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

MARCIA PAULETTE MCPHERSON
574 SELFMASTER PKWY
UNION, NJ 07083
(PRO SE)

In Re:

MARCIA PAULETTE MCPHERSON

Case No.:     16-30358_____
              *[Enter the case number]*

Chapter:      ___13_____
              *[Enter the chapter]*

Hearing Date: _____
              *[Enter the hearing date]*

Judge:        __RG_____
              *[Enter the judge's last name]*

## CHAPTER 13 NOTICE OF PROPOSED ABANDONMENT

MARCIA PAULETTE MCPHERSON, the Debtor in this case proposes to abandon property of the estate described below as a result of substantial and unanticipated change in post confirmation financial condition and the property being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    50 Walnut Street, 3rd Floor
                         Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable
_____ on _____ at _____ a.m. at the
United States Bankruptcy Court, Courtroom no. _____. (Hearing date must be at least 28
days from the date of this notice). If no objection is filed, the abandonment
shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
2014 Mazda CX 6; $14,500

Liens on property:
GM Financial Services; $15,500

Amount of equity claimed as exempt:
0

Objections must be served on, and requests for additional information directed to:
Name: Marcia Paulette McPherson
Address: 574 Selfmaster Pkwy, Union, NJ 07083
Telephone No.: 908 858-6667

Date: 5/6/19

Marcia P McPherson
Debtor(s) Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

Date: 5/6/19

*[Enter the date this document is signed]*
Signature of the Debtor

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | | |
| Marcia Paulette McPherson<br>574 Selfmaster Pkwy<br>Union, NJ 07083<br>(Pro Se) | Case No.: | 16-30358 |
| | Chapter: | 13 |
| In Re:<br>Marcia Paulette McPherson | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | RG |

U.S. BANKRUPTCY COURT FILED NEWARK, NJ
2019 MAY -6  P 3:42
JEANNE A. NAUGHTON
BY: _____ CLERK

## CERTIFICATION OF SERVICE

1. I, **MARCIA PAULETTE MCPHERSON**

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☑ am the **Debtor** in this case and am representing myself.

2. On **5/6/19**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: **5/6/19**

Signature: *Marcia P McPherson*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Morton + Craig LLC<br>John R. Morton, Jr.<br>110 Marter Ave.<br>Suite 301<br>Moorestown, NJ 08057 | Attorney for the Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-30358-RG
Marcia Paulette McPherson                                       Chapter 13
         Debtor           CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: May 07, 2019
                              Form ID: pdf905          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db            +Marcia Paulette McPherson,    574 Selfmaster Parkway,    Union, NJ 07083-9027
cr            +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
               Arlington, TX 76014-4101
516485548     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
516462592      Citi Financial,    13202 US Highway 1,    Suite 555,    Juno Beach, FL 33408
516462594     +Convergent/PSEG Services Corp,    800 SW 39th ST/PO Box 9004,    Renton, WA 98057-9004
516462593     +Convergent/Sprint,    800 SW 39th ST/PO Box 9004,    Renton, WA 98057-9004
516605646      Deutsche Bank National Trust Company,    c/o Bank of America,    PO Box 31785,
               Tampa, FL 33631-3785
516462598     +HSBC Card Services,    2700 Snelling Ave. N. Ste. 250,    Roseville, MN 55113-1783
516462601     +Progressive Garden State Ins,    725 Canton St,    Norwood, MA 02062-2679
516462597      Verve Cardholder Services,    PO Box 8099,    Newark, DE 19714-8099

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 23:44:49     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 23:44:46     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516657824     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2019 23:51:32
               Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
516462602     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 07 2019 23:51:00      Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
516462595      E-mail/PDF: creditonebknotifications@resurgent.com May 07 2019 23:51:06      Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
516462599      E-mail/Text: bnc-bluestem@quantum3group.com May 07 2019 23:45:18      Fingerhut Advantage,
               PO Box 1250,    St. Cloud, MN 56395-1250
516462596      E-mail/Text: bankruptcy@sccompanies.com May 07 2019 23:45:47      Ginny's,    PO Box 2825,
               Monroe, WI 53566-8025
516537955     +E-mail/Text: bankruptcy@sccompanies.com May 07 2019 23:45:47      Ginny's,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516618491      E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2019 23:51:40
               LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516629823     +E-mail/Text: bankruptcydpt@mcmcg.com May 07 2019 23:44:46     MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN, MI 48090-2011
516462605      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 07 2019 23:44:23      New York & Company,
               PO Box 182273,    Columbus, Ohio 43218-2273
516675800      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2019 00:14:40
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
               Norfolk VA 23541
516530644      E-mail/Text: bnc-quantum@quantum3group.com May 07 2019 23:44:37
               Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
               Kirkland, WA  98083-0788
516537978      E-mail/Text: bnc-quantum@quantum3group.com May 07 2019 23:44:37
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516624507      E-mail/Text: bnc-quantum@quantum3group.com May 07 2019 23:44:37
               Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
               Kirkland, WA  98083-0788
516533840     +E-mail/Text: bankruptcy@sccompanies.com May 07 2019 23:43:30      Stoneberry,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516462600     +E-mail/Text: bankruptcy@sccompanies.com May 07 2019 23:43:30      Stoneberry,
               1356 Williams St.,    Chippewa Falls, WI 54729-1500
516666336     +E-mail/PDF: gecsedi@recoverycorp.com May 07 2019 23:51:23      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Alicia Solomon
516497738*    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
516529744*    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin               Page 2 of 2            Date Rcvd: May 07, 2019
                              Form ID: pdf905           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through
               Certificates dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 3
```