**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| 48462 |
| MORTON & CRAIG, LLC |
| 110 Marter Avenue |
| Suite 301 |
| Moorestown, NJ 08057 |
| (856)866-0100 |
| Attorney for AmeriCredit Financial Services, Inc. dba GM Financial |
| JM-5630 |
| In Re: |
| MARCIA PAULETTE MCPHERSON |

Order Filed on June 10, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 16-30358 (RG)

Adv. No.:

Hearing Date: 6/5/2019

Judge: Hon. Rosemary Gambardella

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 10, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Debtor:   Marica Paulette McPherson / 48462

Case No:   16-30358 (RG)

Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **AmeriCredit Financial Services, Inc. dba GM Financial** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Alicia Solomon** to permit **AmeriCredit Financial Services, Inc. dba GM Financial** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2014 Mazda 6
Vehicle Identification Number
JM1GJ1T65E1135090

United States Bankruptcy Court
District of New Jersey

In re:  
Marcia Paulette McPherson  
       Debtor

Case No. 16-30358-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: Jun 12, 2019  
　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.  
db　　　　　+Marcia Paulette McPherson,　574 Selfmaster Parkway,　Union, NJ 07083-9027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:  
       Denise E. Carlon　　on behalf of Creditor　　Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.　　on behalf of Creditor　　Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Marie-Ann Greenberg　　magecf@magtrustee.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3