UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on July 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

MARCIA PAULETTE MCPHERSON

Case No.:  16-30358 RG

Hearing Date:  7/17/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 18, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): MARCIA PAULETTE MCPHERSON

Case No.: 16-30358

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/17/2019 on notice to the Debtor(s) herein (Pro Se), and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Modified plan to surrender vehicle and Amended Schedule J by 7/24/2019 ; and it is further

- ORDERED, that if the Court's Docket does not reflect a Modified plan to surrender vehicle and Amended Schedule J has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.