Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−30358−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcia Paulette McPherson
   574 Selfmaster Parkway
   Union, NJ 07083−0000

Social Security No.:
   xxx−xx−1184

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on February 6, 2017.

   On 7/22/19 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                August 21, 2019
Time:               08:30 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 25, 2019
JAN: wdh

                                                                                                      Jeanne Naughton
                                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-30358-RG
Marcia Paulette McPherson                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jul 25, 2019
                              Form ID: 185             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db             +Marcia Paulette McPherson,   574 Selfmaster Parkway,   Union, NJ 07083-9027
516462592       Citi Financial,   13202 US Highway 1,   Suite 555,   Juno Beach, FL 33408
516462594      +Convergent/PSEG Services Corp,   800 SW 39th ST/PO Box 9004,   Renton, WA 98057-9004
516462593      +Convergent/Sprint,   800 SW 39th ST/PO Box 9004,   Renton, WA 98057-9004
516605646       Deutsche Bank National Trust Company,   c/o Bank of America,   PO Box 31785,
                Tampa, FL 33631-3785
516462598      +HSBC Card Services,   2700 Snelling Ave. N. Ste. 250,   Roseville, MN 55113-1783
516462601      +Progressive Garden State Ins,   725 Canton St,   Norwood, MA 02062-2679
516462597       Verve Cardholder Services,   PO Box 8099,   Newark, DE 19714-8099

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2019 00:08:58     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2019 00:08:56     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 26 2019 00:08:30
                Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
                Arlington, TX 76014-4101
516485548      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 26 2019 00:08:30
                AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
516657824      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 00:36:12
                Bureaus Investment Group Portfolio No 15 LLC,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk VA 23541-1021
516462602      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2019 00:13:30     Capital One,
                PO Box 30285,   Salt Lake City, UT 84130-0285
516462595       E-mail/PDF: creditonebknotifications@resurgent.com Jul 26 2019 00:13:39     Credit One Bank,
                PO Box 98873,   Las Vegas, NV 89193-8873
516462599       E-mail/Text: bnc-bluestem@quantum3group.com Jul 26 2019 00:09:26     Fingerhut Advantage,
                PO Box 1250,   St. Cloud, MN 56395-1250
516462596       E-mail/Text: bankruptcy@sccompanies.com Jul 26 2019 00:09:56     Ginny's,   PO Box 2825,
                Monroe, WI 53566-8025
516537955      +E-mail/Text: bankruptcy@sccompanies.com Jul 26 2019 00:09:56     Ginny's,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516618491       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 26 2019 00:14:47
                LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516629823      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 26 2019 00:08:56     MIDLAND FUNDING LLC,
                PO BOX 2011,   WARREN, MI 48090-2011
516462605      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 26 2019 00:08:40     New York & Company,
                PO Box 182273,   Columbus, Ohio 43218-2273
516675800       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 00:36:06
                Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.A.,   POB 41067,
                Norfolk VA 23541
516530644       E-mail/Text: bnc-quantum@quantum3group.com Jul 26 2019 00:08:50
                Quantum3 Group LLC as agent for,   JH Portfolio Debt Equities LLC,   PO Box 788,
                Kirkland, WA  98083-0788
516537978       E-mail/Text: bnc-quantum@quantum3group.com Jul 26 2019 00:08:50
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
516624507       E-mail/Text: bnc-quantum@quantum3group.com Jul 26 2019 00:08:51
                Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                Kirkland, WA  98083-0788
516533840      +E-mail/Text: bankruptcy@sccompanies.com Jul 26 2019 00:07:01     Stoneberry,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516462600      +E-mail/Text: bankruptcy@sccompanies.com Jul 26 2019 00:07:01     Stoneberry,
                1356 Williams St.,   Chippewa Falls, WI 54729-1500
516666336      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2019 00:13:23     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Alicia Solomon
516497738*     +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
516529744*     +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Jul 25, 2019
                              Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

      John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

      Marie-Ann Greenberg    magecf@magtrustee.com

                                                                                                   TOTAL: 3