Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−30358−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcia Paulette McPherson
   574 Selfmaster Parkway
   Union, NJ 07083−0000

Social Security No.:
   xxx−xx−1184

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

   The Court having noted that the debtor filed an Amendment to Schedule D on 8/6/19 or to the List of Creditors on , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.  A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

   2.  In a Chapter 11 case:

      a)  a copy of the last modified plan and disclosure statement, if any, and

      b)  a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3.  In a Chapter 12 or Chapter 13 case:

      a)  a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)  a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1.  until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
   whichever is later;

   2.  until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: August 12, 2019
JAN: wdh

<u>Rosemary Gambardella</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Marcia Paulette McPherson  
    Debtor

Case No. 16-30358-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 12, 2019  
                        Form ID: oresadoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.  
db             +Marcia Paulette McPherson,    574 Selfmaster Parkway,    Union, NJ 07083-9027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2019 23:44:51      United States Trustee,  
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,  
              Newark, NJ 07102-5235  
                                                                                                        TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:  
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for  
              the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through  
              Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM  
              Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
              Marie-Ann  Greenberg    magecf@magtrustee.com  
                                                                                                                  TOTAL: 3