| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **RECEIVED**<br>JEANNE A. NAUGHTON, CLERK<br>NOV 3 0 2021<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br>Marcia Paulette McPherson<br>574 Selfmaster Pkwy<br>Union, NJ 07083 | Case No.: 16-30358<br>Chapter: 13<br>Judge: RG |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Marcia Paulette McPherson, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 11-19-2021

Marcia P McPherson
Debtor's Signature

**IMPORTANT**:

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*

Marcia P. McPherson
574 Selfmaster Pkwy
Union, NJ 07083

Attn: Clerks Office
US Bankruptcy Court
District of New Jersey
P.O. Box 1352
Newark, NJ 07101-1352

BY DANIELS NJ 070
19 NOV 2021 PM 5

NEOPOST
FIRST-CLASS MAIL
$000.53⁰
11/18/2021 ZIP 07927
042M14848031

US POSTAGE

07101-135252