Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

          Case No.:  16−30358−RG
          Chapter:  13
          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcia Paulette McPherson
   574 Selfmaster Parkway
   Union, NJ 07083−0000

Social Security No.:
   xxx−xx−1184

Employer's Tax I.D. No.:

---

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: February 14, 2022          Rosemary Gambardella
                                          Judge, United States Bankruptcy Court