| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Marcia Paulette McPherson<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1184<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–30358–RG | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marcia Paulette McPherson

2/14/22                                                           **By the court:** Rosemary Gambardella
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Marcia Paulette McPherson  
    Debtor

Case No. 16-30358-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 14, 2022      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcia Paulette McPherson, 574 Selfmaster Parkway, Union, NJ 07083-9027 |
| 516462592 | | Citi Financial, 13202 US Highway 1, Suite 555, Juno Beach, FL 33408 |
| 516462594 | + | Convergent/PSEG Services Corp, 800 SW 39th ST/PO Box 9004, Renton, WA 98057-9004 |
| 516462598 | + | HSBC Card Services, 2700 Snelling Ave. N. Ste. 250, Roseville, MN 55113-1783 |
| 516462601 | + | Progressive Garden State Ins, 725 Canton St, Norwood, MA 02062-2679 |
| 516462597 | | Verve Cardholder Services, PO Box 8099, Newark, DE 19714-8099 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2022 23:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2022 23:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Feb 15 2022 03:18:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 516485548 | + | EDI: PHINAMERI.COM | Feb 15 2022 03:18:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 516657824 | + | EDI: RECOVERYCORP.COM | Feb 15 2022 03:18:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516462602 | + | EDI: CAPITALONE.COM | Feb 15 2022 03:18:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516462593 | + | EDI: CONVERGENT.COM | Feb 15 2022 03:18:00 | Convergent/Sprint, 800 SW 39th ST/PO Box 9004, Renton, WA 98057-9004 |
| 516462595 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2022 23:08:26 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516605646 | | EDI: BANKAMER.COM | Feb 15 2022 03:18:00 | Deutsche Bank National Trust Company, c/o Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516462599 | | EDI: BLUESTEM | Feb 15 2022 03:18:00 | Fingerhut Advantage, PO Box 1250, St. Cloud, MN 56395-1250 |
| 518378383 | + | EDI: PHINAMERI.COM | Feb 15 2022 03:18:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 516537955 | + | EDI: CBS7AVE | Feb 15 2022 03:18:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516462596 | | EDI: CBS7AVE | Feb 15 2022 03:18:00 | Ginny's, PO Box 2825, Monroe, WI 53566-8025 |

Case 16-30358-RG    Doc 99    Filed 02/16/22    Entered 02/17/22 00:18:12    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 14, 2022 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516618491 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2022 23:09:15 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516629823 | + | EDI: MID8.COM | Feb 15 2022 03:18:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516462605 | | EDI: WFNNB.COM | Feb 15 2022 03:18:00 | New York & Company, PO Box 182273, Columbus, Ohio 43218-2273 |
| 516675800 | | EDI: PRA.COM | Feb 15 2022 03:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516624507 | | EDI: Q3G.COM | Feb 15 2022 03:18:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516537978 | | EDI: Q3G.COM | Feb 15 2022 03:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516530644 | | EDI: Q3G.COM | Feb 15 2022 03:18:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516533840 | + | EDI: CBSMASON | Feb 15 2022 03:18:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516462600 | + | EDI: CBSMASON | Feb 15 2022 03:18:00 | Stoneberry, 1356 Williams St., Chippewa Falls, WI 54729-1500 |
| 516666336 | + | EDI: RMSC.COM | Feb 15 2022 03:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Alicia Solomon |
| 516497738 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 516529744 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 14, 2022 | Form ID: 3180W | Total Noticed: 29

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust  Series 2005-A, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

TOTAL: 3